UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GABRIEL CAMPUZANO-TINOCO, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:12CV1512 SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon movant's failure to respond to the Court's Order to Show Cause.[1]  Movant has failed to respond to the Court's Order, as such, the Court will adopt the Order to Show Cause in its entirety.  The Court, therefore, finds that the instant action is time-barred under 28 U.S.C. § 2255.

Accordingly,

**IT IS HEREBY ORDERED** that  movant's motion to vacate, set aside, or correct illegal sentence pursuant to 28 U.S.C. §  2255 is **DENIED AND DISMISSED** as time-barred.  Rule 4 of the Rules Governing § 2255 Proceedings.

---

[1] On August 31, 2012, the Court ordered movant to show cause as to why the Court should not dismiss the instant motion to vacate, set aside, or correct sentence as time-barred.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability.  28 U.S.C. § 2253.

Dated this 12th  day of December, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE